### (September 28, 1964)

■ GERALD J. FINE, as Administrator of the Estate of TOBY FINE, Deceased, Respondent, v. JOSEPH GORELICK, Appellant.— In an action to recover damages for alleged malpractice, the defendant appeals from an order of the Supreme Court, Nassau County, dated February 4, 1964, which: (a)

granted plaintiff's motion to open his default; (b) vacated a prior order of dismissal made pursuant to rule 302 of the former Rules of Civil Practice (now CPLR 3404); and (c) restored the action to the pretrial calendar. Order affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.